UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NINA KUZNETSOVA,

                Plaintiff,

     -against-

MICHAEL MEDINA,

                Defendant.

20-CV-09241 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued March 9, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    March 9, 2021
             New York, New York

                                                                           *Louis L. Stanton*
                                                                       Louis L. Stanton
                                                                          U.S.D.J.